2007R00704/DC                    UNITED STATES DISTRICT COURT
                                 DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon.
                            :
            v.              :    Criminal No. 07-543 (SRC)
                            :
ADAM SMITH                  :    18 U.S.C. §§ 922(g)(1) and
                                 924(d)(1) and 28 U.S.C. §
                                 2461(c)

## I N D I C T M E N T

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

On or about April 4, 2007, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

**ADAM SMITH,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, Essex County, New Jersey, did knowingly possess in and affecting commerce a firearm and ammunition, namely one .38 caliber R.G. Industries, Model RG-31 revolver bearing serial number Q102899, loaded with approximately four (4) .38 caliber rounds.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

1. The allegations contained on page 1 of this Indictment are incorporated by reference as though set forth in full herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth on page 1 of this Indictment, the defendant,

**ADAM SMITH,**

shall forfeit to the United States any firearms and ammunition involved in or used in the commission of that offense, including the following:

> .38 caliber R.G. Industries, Model RG-31 revolver bearing serial number Q102899, and four (4) .38 caliber rounds.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

*Christopher J. Christie*
CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: 2007R00704

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

ADAM SMITH

# INDICTMENT FOR

18 U.S.C. §§ 922(g)(1) and 924(d)(1) and 28 U.S.C. § 2461(c)

A True Bill,

_____
Foreperson

CHRISTOPHER J. CHRISTIE
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

DUSTIN CHAO
ASSISTANT U.S. ATTORNEY
973-645-2903