**United States District Court**
**District of New Jersey**

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| ADAM SMITH | Case Number: 07-543 |

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest ___Adam Smith___

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

_X_ Indictment __ Information __ Complaint __ Order of Court __ Violation Notice __ Probation Violation Petition

charging him or her with (brief description of offense): **being a felon in possession of a firearm**

in violation of Title ___18___, United States Code, Section(s) _922(g)(1)_

Hon. Mark Falk
**Name of Issuing Officer**

_United States Magistrate Judge_
**Title of Issuing Officer**

[Signature]
**Signature of Issuing Officer**

June 26, 2007 in Newark, New Jersey
**Date and Location**

Certified as a true copy on
This Date: 6/27/07
By: [signature]
( ) Clerk
(✓) Deputy

Bail fixed at $ _____ by _____

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Arrested by ATF

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 6/26/07 | | |
| Date of Arrest | | |
| 8/24/07 | | |